# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JEANEAN ALSAYYED**                                          **PLAINTIFF**

**V.**                      **CASE NO. 3:16-CV-00173-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                            **DEFENDANT**

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, with prejudice.

DATED this 2nd day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1